UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HOAI NGO,

                Plaintiff.

-against-

OPPENHEIMER & CO., INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 17 Civ. 1727 (GHW)

DECLARATION OF VALDI LICUL IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD

VALDI LICUL, under penalty of perjury, affirms and states as follows:

1. I am a member of the law firm of Vladeck, Raskin & Clark, P.C., attorneys for plaintiff Hoai Ngo. I submit this Declaration in support of his motion to vacate the Arbitration Award in the matter of Ngo, Hoai vs. Oppenheimer & Co., Inc., JAMS Ref No. 1425025377 entered June 20, 2019.

2. Attached as Exhibit A is a true and correct copy of the underlying Arbitration Award, dated May 20, 2019. The parties received this Award on June 20, 2019.

3. Attached as Exhibit B is a true and correct copy of Ngo's Statement of Claim in the underlying arbitration, dated December 14, 2017.

4. Attached as Exhibit C is a true and correct copy of Defendant's Answer to Ngo's Statement of Claim, dated March 1, 2018.

5. Attached as Exhibit D is a true and correct copy of Ngo's Post-Hearing Memorandum of Law, dated April 5, 2019.

6. Attached as Exhibit E is a true and correct copy of Oppenheimer's Post-Hearing Memorandum of Law, dated April 5, 2019.

7. Attached as Exhibit F is a true and correct copy of Ngo's Post-Hearing Reply Memorandum of Law, dated April 12, 2019.

8. Attached as Exhibit G is a true and correct copy of Oppenheimer's Post-Hearing Reply Memorandum of Law, dated April 12, 2019.

9. Attached as Exhibit H is a true and correct copy of the transcript of the hearing in the underlying arbitration held March 4, 2019 through March 7, 2019.

10. Attached as Exhibit I is a true and correct copy of joint hearing Exhibit 1(a).

11. Attached as Exhibit J is a true and correct copy of joint hearing Exhibit 1(b).

12. Attached as Exhibit K is a true and correct copy of joint hearing Exhibit 1(c).

13. Attached as Exhibit L is a true and correct copy of joint hearing Exhibit 2.

14. Attached as Exhibit M is a true and correct copy of joint hearing Exhibit 3.

15. Attached as Exhibit N is a true and correct copy of joint hearing Exhibit 8.

16. Attached as Exhibit O is a true and correct copy of joint hearing Exhibit 9.

17. Attached as Exhibit P is a true and correct copy of joint hearing Exhibit 11(a).

18. Attached as Exhibit Q is a true and correct copy of joint hearing Exhibit 11(d).

19. Attached as Exhibit R is a true and correct copy of joint hearing Exhibit 11(e).

20. Attached as Exhibit S is a true and correct copy of joint hearing Exhibit 11(f).

21. Attached as Exhibit T is a true and correct copy of joint hearing Exhibit 11(g).

22. Attached as Exhibit U is a true and correct copy of joint hearing Exhibit 11(h).

23. Attached as Exhibit V is a true and correct copy of joint hearing Exhibit 11(i).

24. Attached as Exhibit W is a true and correct copy of joint hearing Exhibit 12(b).

25. Attached as Exhibit X is a true and correct copy of joint hearing Exhibit 12(c).

26. Attached as Exhibit Y is a true and correct copy of joint hearing Exhibit 12(d).

27. Attached as Exhibit Z is a true and correct copy of joint hearing Exhibit 12(e).

28. Attached as Exhibit AA is a true and correct copy of joint hearing Exhibit 12(f).

29. Attached as Exhibit BB is a true and correct copy of joint hearing Exhibit 13.

30. Attached as Exhibit CC is a true and correct copy of joint hearing Exhibit 15.

31. Attached as Exhibit DD is a true and correct copy of joint hearing Exhibit 16.

32. Attached as Exhibit EE is a true and correct copy of joint hearing Exhibit 17.

33. Attached as Exhibit FF is a true and correct copy of joint hearing Exhibit 18.

34. Attached as Exhibit GG is a true and correct copy of joint hearing Exhibit 19.

35. Attached as Exhibit HH is a true and correct copy of joint hearing Exhibit 20.

36. Attached as Exhibit II is a true and correct copy of joint hearing Exhibit 26.

37. Attached as Exhibit JJ is a true and correct copy of joint hearing Exhibit 27.

38. Attached as Exhibit KK is a true and correct copy of joint hearing Exhibit 28.

39. Attached as Exhibit LL is a true and correct copy of joint hearing Exhibit 29.

40. Attached as Exhibit MM is a true and correct copy of joint hearing Exhibit 30.

41. Attached as Exhibit NN is a true and correct copy of joint hearing Exhibit 32.

42. Attached as Exhibit OO is a true and correct copy of joint hearing Exhibit 33.

43. Attached as Exhibit PP is a true and correct copy of joint hearing Exhibit 34.

44. Attached as Exhibit QQ is a true and correct copy of joint hearing Exhibit 36.

45. Attached as Exhibit RR is a true and correct copy of joint hearing Exhibit 39.

46. Attached as Exhibit SS is a true and correct copy of joint hearing Exhibit 45.

47. Attached as Exhibit TT is a true and correct copy of joint hearing Exhibit 48.

48. Attached as Exhibit UU is a true and correct copy of joint hearing Exhibit 50.

49. Attached as Exhibit VV is a true and correct copy of joint hearing Exhibit 51.

50. Attached as Exhibit WW is a true and correct copy of joint hearing Exhibit 52.

51. Attached as Exhibit XX is a true and correct copy of joint hearing Exhibit 53.

52. Attached as Exhibit YY is a true and correct copy of joint hearing Exhibit 55.

53. Attached as Exhibit ZZ is a true and correct copy of joint hearing Exhibit 56.

54. Attached as Exhibit AAA is a true and correct copy of joint hearing Exhibit 59.

55. Attached as Exhibit BBB is a true and correct copy of joint hearing Exhibit 60.

56. Attached as Exhibit CCC is a true and correct copy of joint hearing Exhibit 70.

57. Attached as Exhibit DDD is a true and correct copy of joint hearing Exhibit 72.

58. Attached as Exhibit EEE is a true and correct copy of joint hearing Exhibit 79.

59. Attached as Exhibit FFF is a true and correct copy of joint hearing Exhibit 80.

60. Attached as Exhibit GGG is a true and correct copy of joint hearing Exhibit 85.

61. Attached as Exhibit HHH is a true and correct copy of joint hearing Exhibit 86(b).

62. Attached as Exhibit III is a true and correct copy of joint hearing Exhibit 90.

63. Attached as Exhibit JJJ is a true and correct copy of joint hearing Exhibit 91.

64. Attached as Exhibit KKK is a true and correct copy of joint hearing Exhibit 95.

65. Attached as Exhibit LLL is a true and correct copy of joint hearing Exhibit 96.

66. Attached as Exhibit MMM is a true and correct copy of joint hearing Exhibit 97.

67. Attached as Exhibit NNN is a true and correct copy of joint hearing Exhibit 98.

68. Attached as Exhibit OOO is a true and correct copy of joint hearing Exhibit 99.

69. Attached as Exhibit PPP is a true and correct copy of joint hearing Exhibit 102.

70. Attached as Exhibit QQQ is a true and correct copy of joint hearing Exhibit 104.

71. Attached as Exhibit RRR is a true and correct copy of joint hearing Exhibit 105.

72. Attached as Exhibit SSS is a true and correct copy of joint hearing Exhibit 107.

73. Attached as Exhibit TTT is a true and correct copy of joint hearing Exhibit 109.

74. Attached as Exhibit UUU is a true and correct copy of joint hearing Exhibit 110.

75. Attached as Exhibit VVV is a true and correct copy of joint hearing Exhibit 111.

76. Attached as Exhibit WWW is a true and correct copy of joint hearing Exhibit 112.

77. Attached as Exhibit XXX is a true and correct copy of joint hearing Exhibit 113.

78. Attached as Exhibit YYY is a true and correct copy of joint hearing Exhibit 114.

79. Attached as Exhibit ZZZ is a true and correct copy of joint hearing Exhibit 116.

80. Attached as Exhibit AAAA is a true and correct copy of joint hearing Exhibit 121.

81. Attached as Exhibit BBBB is a true and correct copy of joint hearing Exhibit 122.

82. Attached as Exhibit CCCC is a true and correct copy of joint hearing Exhibit 124.

83. Attached as Exhibit DDDD is a true and correct copy of joint hearing Exhibit 125.

84. Attached as Exhibit EEEE is a true and correct copy of joint hearing Exhibit 126.

85. Attached as Exhibit FFFF is a true and correct copy of joint hearing Exhibit 127.

86. Attached as Exhibit GGGG is a true and correct copy of joint hearing Exhibit 128.

87. Attached as Exhibit HHHH is a true and correct copy of joint hearing Exhibit 131.

88. Attached as Exhibit IIII is a true and correct copy of joint hearing Exhibit 132.

89. Attached as Exhibit JJJJ is a true and correct copy of joint hearing Exhibit 136.

90. Attached as Exhibit KKKK is a true and correct copy of joint hearing Exhibit 137.

91. Attached as Exhibit LLLL is a true and correct copy of joint hearing Exhibit 138.

92. Attached as Exhibit MMMM is a true and correct copy of joint hearing Exhibit 139.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2019 in New York, New York.

                                                                                                         /s/
                                                                                                        VALDI LICUL