UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HOAI NGO,

                Plaintiff,                17 **CIVIL** 1727 (GHW)

     -against-                       **JUDGMENT**

OPPENHEIMER & CO., INC.,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo-Endorsed Order dated April 20, 2020, judgment is entered in favor of Defendants, and this action is dismissed in its entirety.

**Dated:**  New York, New York
       April 22, 2020

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 **Clerk of Court**
                         **BY:**
                                                 **Deputy Clerk**